**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>YATES, DEBORAH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-06918 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE BRUCE W. BLACK
     BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.  THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 06/14/06. The Trustee was appointed on 06/14/06. An order for relief under Chapter 7 was entered on 06/14/06.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of 12/9/08 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 7,510.98 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 1.96 |
| c. NET CASH available for distribution | $ | 7,509.02 |
| d. TRUSTEE/PROFESSIONAL COSTS<br>   1. Trustee compensation requested (See Exhibit E) | $ | 1,200.00 |

|  |  |  |
|---|---|---|
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 5,299.97 |
|  | $ |  |

5. The Bar Date for filing unsecured claims expired on 11/06/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 6,017.47 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 55,028.96 |

7. Trustee proposes that unsecured creditors receive a distribution of 2.74% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $4,567.47. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,767.47. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:    12/9/08                              RESPECTFULLY SUBMITTED,


                                               By: /s/Thomas B. Sullivan
                                                   THOMAS B. SULLIVAN, TRUSTEE
                                                   1900 RAVINIA PLACE
                                                   ORLAND PARK, IL  60462
                                                   Telephone # (708) 226-2700

## TRUSTEE TASKS

The Trustee conducted a first meeting of creditors on July 27, 2006. While reviewing Schedule B the Trustee took notice in a business the debtor previously had an interest in called Cathy's Sweet Creations.

On August 3, 2006 the Trustee filed an initial report of assets and a bar date was set for November 6, 2006.

On August 10, 2006 a motion to employ counsel on behalf of the Trustee was filed and the order was entered on August 18, 2006.

Trustee's counsel prepared a motion to conduct a 2004 exam of Cathy DeAvila and Cathy's Sweet Creations regarding the debtor's interest in the business and transfer of same. The order was entered on October 6, 2006. Trustee's counsel determined there were funds due the Debtor and an adversary complaint was filed on December 14, 2006 to recover said funds.

After correspondence with Ms. DeAvila's counsel a settlement was reached and a motion to approve said settlement was filed. On August 22, 2007 Ms. Yates filed an objection to the settlement motion. An order approving the settlement was entered on August 31, 2007.

**A motion to employ an accountant on behalf of the Trustee was prepared and an order entered approving same on September 5, 2008. The accountant determined tax returns were not necessary.**

**Claims were examined and a final report was prepared.**

**6 HOURS @ $475.00/HOUR = $2,850.00/EXHIBIT A**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 7,510.98 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 3,501.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06B-06918 BWB  
**Case Name:** YATES, DEBORAH  

**Period Ending:** 12/09/08

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/14/06 (f)  
**§341(a) Meeting Date:** 07/27/06  
**Claims Bar Date:** 11/06/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1789 HAWTHORNE COURT, ROMEOVILLE, IL | 209,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/SAVINGS ACCOUNTS | 1,001.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | INTEREST IN CATHY'S SWEET CREATIONS (See Footnote) | Unknown | 7,500.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.98 | Unknown |
| 6 | **Assets** Totals (Excluding unknown values) | **$212,501.00** | **$7,500.00** | | **$7,510.98** | **$0.00** |

RE PROP# 5    MOTION TO SETTLE SET FOR 8/31/07

---

**Major Activities Affecting Case Closing:**

MOTION TO SETTLE SET FOR 8/31/07  
COLLECTING $625.00 MONTHLY AMOUNTING TO A TOTAL SETTLEMENT OF $7,500.00

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 12/09/2008 01:39 PM    V.10.54

**Form 2**

Page: 1

**Cash Receipts And Disbursements Record**

| Case Number: | 06B-06918 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | YATES, DEBORAH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 13-7578395 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/07 | {5} | ALEXANDER & CATHERINE DEAVILA | SETTLEMENT PAYMENT/SEPTEMBER | 1149-000 | 625.00 | | 625.00 |
| 10/05/07 | {5} | CATHY'S SWEET CREATIONS | SETTLEMENT PAYMENT/OCTOBER PAYMENT | 1149-000 | 625.00 | | 1,250.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.55 | | 1,250.55 |
| 11/08/07 | {5} | CATHY'S SWEET CREATIONS BANK SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 1,875.55 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 0.84 | | 1,876.39 |
| 12/17/07 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 2,501.39 |
| 12/26/07 | {5} | JP MORGAN CHASE | NSF CHECK OF 12/17/07 DEPOSIT | 1149-000 | -625.00 | | 1,876.39 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 1.02 | | 1,877.41 |
| 01/11/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | REPLACING NSF CHECK OF 12/17/07 PAYMENT | 1149-000 | 625.00 | | 2,502.41 |
| 01/18/08 | {5} | CATHYS SWEET CREATIONS | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 3,127.41 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 1.07 | | 3,128.48 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-06918, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 1.96 | 3,126.52 |
| 02/20/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 3,751.52 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 0.67 | | 3,752.19 |
| 03/14/08 | {5} | CATHY'S SWEET CREATIONS | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 4,377.19 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 0.74 | | 4,377.93 |

Subtotals :   **$4,379.89**   **$1.96**

{} Asset reference(s)

Printed: 12/09/2008 01:39 PM   V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-06918 BWB  
**Case Name:** YATES, DEBORAH  

**Taxpayer ID #:** 13-7578395  
**Period Ending:** 12/09/08  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 5,002.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.64 | | 5,003.57 |
| 05/19/08 | {5} | CATHY'S SWEET CREATIONS | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 5,628.57 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,629.24 |
| 06/17/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 6,254.24 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.74 | | 6,254.98 |
| 07/17/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 6,879.98 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.82 | | 6,880.80 |
| 08/22/08 | {5} | CATHY'S SWEET CREATIONS BAKE SHOP | SETTLEMENT PAYMENT | 1149-000 | 625.00 | | 7,505.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.82 | | 7,506.62 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 7,507.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.81 | | 7,508.41 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.61 | | 7,509.02 |

Subtotals :   **$3,131.09**   **$0.00**

{} Asset reference(s)                                                                                                 Printed: 12/09/2008 01:39 PM   V.10.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 06B-06918 BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | YATES, DEBORAH | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****80-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7578395 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/09/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 7,510.98 | 1.96 | $7,509.02 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,510.98 | 1.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,510.98** | **$1.96** | |

{} Asset reference(s)                                         Printed: 12/09/2008 01:39 PM     V.10.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06B-06918 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | YATES, DEBORAH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 13-7578395 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/09/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts :   7,510.98
_____
Net Estate :   $7,510.98

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****80-65** | 7,510.98 | 1.96 | 7,509.02 |
| **Checking # ***-*****80-66** | 0.00 | 0.00 | 0.00 |
| | $7,510.98 | $1.96 | $7,509.02 |

{} Asset reference(s)

Printed: 12/09/2008 01:39 PM    V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>YATES, DEBORAH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-06918 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

    I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,017.47 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,491.55 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 7,509.02 |

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 6,017.47 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | | 1,200.00 | 1,200.00 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | | 4,500.00 | 4,500.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | | 67.47 | 67.47 |
| ADMIN4 | Clerk Of The U.S. Bankruptcy Court | | 250.00 | 250.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 54,425.31 | 2.74% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | CAPITAL RECOVERY ONE | 1,485.83 | 40.73 |
| 002 | CAPITAL RECOVERY ONE | 899.46 | 24.65 |
| 003 | CAPITAL RECOVERY ONE | 5,962.23 | 163.40 |
| 004 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 6,183.86 | 169.47 |
| 005 | CHASE BANK USA NA | 2,760.35 | 75.65 |
| 006 | CHASE BANK USA NA | 6,335.69 | 173.63 |
| 007 | US BANK | 13,573.68 | 371.99 |
| 008 | PREMIER BANK CARD | 603.65 | 16.54 |
| 009 | MBNA AMERICA BANK NA | 16,120.15 | 441.78 |
| 010 | ECAST SETTLEMENT CORP ASSIGNEE OF | 500.41 | 13.71 |
| | | TOTAL $ | 1,491.55 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 603.65 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 011 | PREMIER BANK CARD | 603.65 | 0.00 |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                                 THOMAS B. SULLIVAN, TRUSTEE

**PROFESSIONAL FEES AND EXPENSES**

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 4,500.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 67.47 | |
| | | | 4,567.47 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 4,567.47 | $ 4,567.47 |

1