**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>YATES, DEBORAH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-06918 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa Street, Courtroom 201
    Joliet, Illinois 60432

    on: **February 20, 2009**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                   $            7,510.98

    b. Disbursements                          $                   1.96

    c. Net Cash Available for Distribution    $            7,509.02

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,200.00 | |

| | | |
|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $4,500.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $67.47 |
| Clerk Of The U.S. Bankruptcy Court (US Bankruptcy Court) | 0.00 | $250.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $54,425.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.74%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CAPITAL RECOVERY ONE | $ 1,485.83 | $ 40.73 |
| 002 | CAPITAL RECOVERY ONE | $ 899.46 | $ 24.65 |
| 003 | CAPITAL RECOVERY ONE | $ 5,962.23 | $ 163.40 |
| 004 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 6,183.86 | $ 169.47 |
| 005 | CHASE BANK USA NA | $ 2,760.35 | $ 75.65 |
| 006 | CHASE BANK USA NA | $ 6,335.69 | $ 173.63 |
| 007 | US BANK | $ 13,573.68 | $ 371.99 |
| 008 | PREMIER BANK CARD | $ 603.65 | $ 16.54 |
| 009 | MBNA AMERICA BANK NA | $ 16,120.15 | $ 441.78 |
| 010 | ECAST SETTLEMENT CORP ASSIGNEE OF | $ 500.41 | $ 13.71 |
| 011 | PREMIER BANK CARD | $ 603.65 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection

      at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.      Debtor has been discharged.

11.      The Trustee proposed to abandon the following property at the hearing: books and records of the debtor.


Dated:  **January 27, 2009**               For the Court,


                                            By:**KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604


Trustee:    THOMAS B. SULLIVAN, TRUSTEE
Address:    1900 RAVINIA PLACE
                ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| YATES, DEBORAH | |
| | CASE NO. 06B-06918 BWB |
| | JUDGE BRUCE W. BLACK |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,200.00 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,200.00 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                                      $         4,500.00
   b. Expenses                                                          $            67.47
   c. Chapter 11 Compensation                                           $             0.00
   d. Chapter 11 Expenses                                               $             0.00

2. Accountant for the Trustee
   a. Compensation                                                      $             0.00
   b. Expenses                                                          $             0.00
   c. Chapter 11 compensation                                           $             0.00
   d. Chapter 11 Expenses                                               $             0.00

3.  Other Professionals

                                            TOTAL          $         4,567.47

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

                          ENTERED _____
                                      BRUCE W. BLACK
                                      UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jan 27, 2009
Case: 06-06918                 Form ID: pdf002              Total Served: 42

The following entities were served by first class mail on Jan 29, 2009.
db           +Deborah M Yates,   1789 Hawthorne Ct,   Romeoville, IL 60446-6204
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Patrick A Meszaros,   Law Offices Of Patrick A Meszaros,   1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10776174      1st Advantage Mortgage, LLC,   PO Box 12830,   Jackson, MS 39236-2830
10776175      Apria Healthcare, Inc.,   1831 Solutions Center,   Chicago, IL 60677-1008
10776176     +Catherine/Tape Report,   1103 Allen Dr,   Milford, OH 45150-8763
10776177      Chase,   P.O. Box 9001008,   Louisville, KY 40290-1008
10776178     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10891455     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10776180      Childrens Memorial Medical Group,   Medical Imaging,   75 Remittance Dr Suite 1312,
               Chicago, IL 60675-1312
10776182      Disney's Visa Credit Card,   Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
10776183     +Dupage Valley Anesthesiologists Ltd,   185 Penny Ave.,   East Dundee, IL 60118-1454
10776184     +Edward Hospital,   801 South Washington St.,   Naperville, IL 60540-7499
10776186     +Edward Hospital & Health Services,   801 South Washington Street,   Naperville, IL 60540-7499
10776189     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
10776192     +Hsbc Nv,   Po Box 19360,   Portland, OR 97280-0360
10975683     +MBNA America BANK N.A.,   Mailstop DE5-014-02-03,   PO BOX 15168,   WILMINGTON, DE 19850-5168
10776194     +Maternal Fetal Medicine,   911 Elm St, Suite 215,   Hinsdale, IL 60521-3641
10776195     +Mbna America,   Pob 17054,   Wilmington, DE 19884-0001
10776197      Medical Business Bureau,   P.O. Box 1219,   Park Ridge, IL 60068-7219
10776198     +Merchants' Credit Guide Co.,   223 W. Jackson Blvd.,   Chicago, IL 60606-6993
10776199      Naperville Ear Nose & Throat Assoc.,   10 W Martin Ave Ste 260,   Naperville, IL 60540-6547
10776200      Naperville South Pediatrics,   36750 Treasury Center,   Chicago, IL 60694-6700
10776202     +Pediatric Audit Services,   100 W Roosevelt Rd. Bldg B-7, Ste 1,   Wheaton, IL 60187-5260
10776188    +++Premier BankCARD,   Premier/CSI-Dept SDPR,   Post Office Box 2208,   Vacaville, CA 95696-8208
10776203      Revenue Production Management, Inc.,   P.O. Box 830913,   Birmingham, AL 35283-0913
10776204      Sams Club Discover,   P.O. BOX 960013,   Orlando, FL 32896-0013
10907435     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK,    PO BOX 5229,    CINCINNATI,OHIO 45201)
10776205     +Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125-6200
10976592      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 27, 2009.
12407641     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:02      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10870923     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 03:02:02
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
10776181     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 28 2009 03:02:02      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
10776190     +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:16      Gemb/Jcp,   Po Box 984100,
               El Paso, TX 79998-4100
10776191     +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:17      Gemb/Old Navy,   Po Box 981400,
               El Paso, TX 79998-1400
10776193      E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:15      JC Penney,   P.O. Box 960001,
               Orlando, FL 32896-0001
10776201      E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2009 22:55:18      Old Navy,   PO BOX 530942,
               Atlanta, GA 30353-0942
12390228      E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:01
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10856549     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:59
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10856547     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:56:11
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10856506     +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2009 22:55:59
               Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10776179*    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10776185*    +Edward Hospital,   801 South Washington St.,   Naperville, IL 60540-7499
10776187*    +Edward Hospital & Health Services,   801 South Washington Street,   Naperville, IL 60540-7499
10776196*    +Mbna America,   Pob 17054,   Wilmington, DE 19884-0001
                                                                                           TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jan 27, 2009
Case: 06-06918                 Form ID: pdf002          Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**                    **Signature:**   *Joseph Speetjens*